Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movants*

(*Additional Counsel on signature page*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ARDOLINO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>MANNKIND CORPORATION, ALFRED MANN, MATTHEW PFEFFER, AND HAKAN EDSTROM,<br><br>Defendants. | No. 2:16-cv-00348-RGK-GJS<br><br>**MOTION OF ERIC ARDOLINO, VLADIMIR RIVKIN AND MASOUD PAYDAR TO CONSOLIDATE RELATED ACTIONS**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. R. Gary Klausner<br><br>Hearing Date: May 9, 2016<br>Time: 9:00 a.m.<br>CTRM: 850 |

1

MOTION TO CONSOLIDATE RELATED ACTIONS
– No. 2:16-cv-00348-RGK-GJS

| | |
|---|---|
| KETAN A. PATEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>MANNKIND CORPORATION, ALFRED MANN, MATTHEW PFEFFER, AND HAKAN EDSTROM,<br><br>Defendants. | No. 2:16-cv-00581-RGK-GJS<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. R. Gary Klausner<br><br>Hearing Date: May 9, 2016<br>Time: 9:00 a.m.<br>CTRM: 850 |

Movants Eric Ardolino, Vladimir Rivkin and Masoud Paydar (collectively "Movants") move this Court for an order granting their Motion for consolidating the related actions.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), and Federal Rule of Civil Procedure 42(a), on the grounds that the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy.

In support of this Motion, Movants file a memorandum of points and authorities and a proposed order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Counsel for Movants has conferred with both counsel for Defendants' and counsel for Plaintiff Patel who do not oppose this Motion.

| | |
|---|---|
| Dated: April 29, 2016 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A.** |
| | /s/ Laurence Rosen, Esq. |
| | Laurence M. Rosen, Esq. (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | **BOWER PIVEN** |
| | **A Professional Corporation** |
| | Charles J. Piven |
| | 1925 Old Valley Road |
| | Stevenson, Maryland 21153 |
| | Telephone: (410) 332-0030 |
| | Facsimile: (410) 685-1300 |
| | piven@browerpiven.com |
| | *Counsel for Movants* |

# **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On April 29, 2016, I electronically filed the following **MOTION OF ERIC ARDOLINO, VLADIMIR RIVKIN AND MASOUD PAYDAR TO CONSOLIDATE RELATED ACTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record in both of the above-captioned actions.

Executed on April 29, 2016.

/s/ Laurence Rosen
Laurence M. Rosen