Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ARDOLINO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> MANNKIND CORPORATION, ALFRED MANN, MATTHEW PFEFFER, AND HAKAN EDSTROM, <br><br> Defendants. | No. 2:16-cv-00348-RGK-GJS <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF ERIC ARDOLINO, VLADIMIR RIVKIN AND MASOUD PAYDAR TO CONSOLIDATE RELATED ACTIONS** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Hon. R. Gary Klausner <br><br> Hearing Date: May 9, 2016 <br> Time: 9:00 a.m. <br> CTRM: 850 |



| KETAN A. PATEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) | No. 2:16-cv-00581-RGK-GJS |
|---|---|---|
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) | JUDGE: Hon. R. Gary Klausner |
| vs. | ) ) | Hearing Date: May 9, 2016 |
| MANNKIND CORPORATION, ALFRED MANN, MATTHEW PFEFFER, AND HAKAN EDSTROM, | ) ) ) ) | Time: 9:00 a.m. CTRM: 850 |
| Defendants. | ) ) ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES

Eric Ardolino, Vladimir Rivkin and Masoud Paydar (collectively "Movants") respectfully submit this memorandum in support of their motion for an Order, pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42(a), consolidating the above-captioned related actions.

## I.    PERTINENT BACKGROUND

On January 15, 2016, Plaintiff Ardolino commenced this action against MannKind Corporation ("MannKind" or the "Company") and certain of its officers, and directors, for violations of Sections 10(b) and 20(a) of the Exchange Act, and Rule 10b-5 promulgated thereunder.    Plaintiff Ketan A. Patel subsequently filed a related action, captioned *Ketan A. Patel v. MannKind*

*Corporation et al*, Docket No. 2:16-cv-00581 (C.D. Cal. Jan 27, 2016), with this Court against Defendants asserting substantially similar facts and causes of action as those Plaintiff Ardolino alleged and asserted.

The Complaints allege that throughout the Class Period, in violation of the anti-fraud provisions of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78, *et seq*. Defendants issued materially false and misleading statements to investors and/or failed to disclose that: (1) contrary to Defendants' assurances, the mandated pulmonary testing or spirometry was still a significant issue impeding sales of Afrezza; and (2) as a result, Defendants' statements about MannKind's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis at all relevant times. The Complaints further allege that investors suffered damages when the true details entered the market.

## ARGUMENT

## II.    THE RELATED ACTIONS SHOULD BE CONSOLIDATED

Pursuant to Fed. R. Civ. P. 42(a), this Court should consolidate related cases where, as here, the actions involve common questions of law and fact such that consolidation would prevent unnecessary cost or delay in adjudication. Fed. R. Civ. P. 42(a).  When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters at issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.  *Id. see also Richardson v. TVIA*, 2007 WL 112344, at *2 (N.D. Cal. Apr. 16, 2007).

The Exchange Act, as Congress amended it through the Private Securities Litigation Reform Act ("PSLRA"), contemplates consolidation where "more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed." 15 U.S.C. 78u-4(a)(3)(A)(ii).  As such,

the PSLRA promotes the traditional legal standards for consolidation under Fed. R. Civ. P. 42(a).

Each of the above-captioned related actions alleges similar factual and legal grounds to support allegations of Defendants' violations of Sections 10(b) and 20(a) of the Exchange Act, arising from the public dissemination of false and misleading information to investors. Accordingly, pursuant to Fed. R. Civ. P. 42(a), this Court should consolidate the above-captioned cases for all purposes.

## III.    CONCLUSION

For the foregoing reasons, Movants respectfully request that the Court issue an Order consolidating the above-captioned related actions.

Dated:   April 29, 2016              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**BOWER PIVEN**
**A Professional Corporation**
Charles J. Piven
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
piven@browerpiven.com

***Counsel for Movants***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On April 29, 2016, I electronically filed the following **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF ERIC ARDOLINO, VLADIMIR RIVKIN AND MASOUD PAYDAR TO CONSOLIDATE RELATED ACTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record in both of the above-captioned actions.

Executed on April 29, 2016.


/s/ Laurence Rosen
Laurence M. Rosen