UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ARDOLINO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>MANNKIND CORPORATION, ALFRED MANN, MATTHEW PFEFFER, AND HAKAN EDSTROM,<br><br>Defendants. | No. 2:16-cv-00348-RGK-GJS<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. R. Gary Klausner |
| KETAN A. PATEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>MANNKIND CORPORATION, ALFRED MANN, MATTHEW PFEFFER, AND HAKAN EDSTROM,<br><br>Defendants. | No. 2:16-cv-00581-RGK-GJS<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. R. Gary Klausner |

WHEREAS, the above-captioned securities class actions (the "Securities Class Actions") have been filed against MannKind Corporation, et al. (collectively "Defendants"), alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder;

WHEREAS, Federal Rule of Civil Procedure 42(a) provides that a court may order all actions consolidated if they involve "common issues of law or fact." The Securities Class Actions involve common legal and factual issues; thus, efficiency and consistency will result from their consolidation;

WHEREAS, on April 28, 2016, having conferred with counsel for both Defendants and Plaintiff Ketan A. Patel, Eric Ardolino, Vladimir Rivkin and Masoud Paydar ("Movants") timely moved the Court to consolidate the related actions;

**IT IS HEREBY ORDERED THAT:**

### CONSOLIDATION OF SECURITIES CLASS ACTIONS

1. The Securities Class Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Fed. R. Civ. P. 42(a).

### MASTER DOCKET AND CAPTION

2. The docket in Case No. 2:16-cv-00348-RGK-GJS shall constitute the Master Docket for this action.

3. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------X

In re MannKind Corporation Securities Litigation

Master File 2:16-cv-00348-RGK-GJS

<u>CLASS ACTION</u>

------------------------------------------------X

This Document Relates To:

------------------------------------------------X

4.     The file in civil action no. 2:16-cv-00348-RGK-GJS shall constitute a master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5.     All Securities Class Actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

SO ORDERED:

Dated _____, 2016      _____
                              Honorable R. Gary Klausner
                              United States District Judge