JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ARDOLINO, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MANNKIND CORPORATION, ALFRED MANN, MATTHEW PFEFFER, and HAKAN EDSTROM,<br><br>Defendants. | Case No. 2:16-CV-00348 RGK (GJSx)<br><br>**JUDGMENT** |

**Whereas**, on June 15, 2016, Plaintiffs, individually and on behalf of all other persons similarly situated, filed the Amended Class Action Complaint for Violation of the Federal Securities Laws. (Dkt. No. 49.)

**Whereas**, on June 29, 2016, Defendants MannKind Corporation, Hakan Edstrom, and Matthew Pfeffer ("Defendants") filed their Motion to Dismiss the Consolidated Amended Complaint. (Dkt. No. 50.)

**Whereas**, on July 15, 2016, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint. (Dkt. No. 53.)

**Whereas**, on August 8, 2016, Defendants filed their Reply in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint. (Dkt. No. 54.)

**Whereas**, on August 19, 2016, Plaintiffs filed a Notice of Supplemental Authority in Further Support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint. (Dkt. No. 56.)

**Whereas**, on August 22, 2016, Defendants filed their Objection and Response to Plaintiffs' Supplemental Authority in Further Support of Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint. (Dkt. No. 58.)

**Whereas**, on August 23, 2016, the Court granted Defendants' Motion to Dismiss the Consolidated Amended Complaint with prejudice as to all claims and without leave to amend. (Dkt. No. 60.)

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This action is dismissed with prejudice as to all Defendants;

2. The Court retains jurisdiction to enforce this judgment and its previous orders

//

//

1        3.     The Court, finding that no reason exists for delay, hereby directs the
2  Clerk to enter this final judgment, pursuant to Federal Rule of Civil Procedure 58.

Dated: September 19, 2016

_____
Hon. R. Gary Klausner
United States District Judge