| | |
|---|---|
| Name | Jacob A. Goldberg, Esq. (admitted pro hac vice) |
| Address | 101 Greenwood Avenue, Suite 440 |
| City, State, Zip | Jenkintown, Pa 19046 |
| Phone | (215) 600-2817 |
| Fax | (212) 202-3827 |
| E-Mail | jgoldberg@rosenlegal.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERIC ARDOLINO, et al.

PLAINTIFF(S),

v.

MANNKIND CORPORATION, et al.

DEFENDANT(S).

CASE NUMBER:

2:16-CV-00348-RGK-GJS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that ___VLADIMIR RIVKIN and MASOUD PAYDAR___ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
-Denying Motion for Leave to Amend- 9/22
-Granting Motion to Dismiss- 8/23/16

☒ Judgment (specify):
Entering Final Judgment- 9/19/16

☐ Other (specify):

Imposed or Filed on __9/22/16, 8/23/16, 9/19/16__. Entered on the docket in this action on __9/22/16, 8/23/16, 9/19/16__.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| October 11, 2016 | /s/ Jacob A. Goldberg |
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).