| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 09 2017<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ERIC ARDOLINO,<br><br>    Plaintiff,<br><br> and<br><br>VLADIMIR RIVKIN and MASOUD PAYDAR,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>MANNKIND CORPORATION; et al.,<br><br>    Defendants-Appellees. | No.   16-56490<br><br>D.C. No.<br>2:16-cv-00348-RGK-GJS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellants' motion (Docket Entry No. 7) for voluntary dismissal of this case is granted. This case is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo